IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  12-cv-01389-PAB-MJW

CYRENA MARIE DRUSE,

Plaintiff(s),

v.

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANIES,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

  It is hereby ORDERED that the Defendant's Motion for Protective Order (docket no. 23) is GRANTED finding good cause shown and further finding that Plaintiff has failed to file any timely response to the subject motion (docket no. 23).  The written Protective Order (docket no. 23-1) is APPROVED and made an Order of Court.

Date: November 9, 2012