IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  12-cv-01389-PAB-MJW

CYRENA MARIE DRUSE,

Plaintiff(s),

v.

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANIES,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Modify Scheduling Order (Docket No. 28) is GRANTED.  The Scheduling Order (Docket No. 18) is amended to extend the deadline for affirmative expert disclosures up to and including February 20, 2013.

Date: January 8, 2013