IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 12-cv-01389-PAB-MJW

CYRENA MARIE DRUSE,

Plaintiff,

v.

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANIES,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion to Amend Scheduling Order by Extending the Deadline to Amend Pleadings (Docket No. 32) is GRANTED for good cause shown. The Scheduling Order (Docket No. 18) is amended to extend the deadline for amendment of pleadings up to and including January 25, 2013.

Date: January 16, 2013